**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

EDUARDO ONOFRE GARCIA,

               Plaintiff

v.

GOLD TIM CORP. (D/B/A FAMOUS GOLD TIM'S DELI AND GRILL) and EUN IM HUH (a/k/a SILVIA),

               Defendants.
-------------------------------------------------------X

Case No. 1:20-cv-2731

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

      Plaintiff EDUARDO ONOFRE GARCIA, through his undersigned counsel, hereby notifies the Court that on or about November 2, 2020, said Plaintiff accepted the Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, of Defendants GOLD TIM CORP. (D/B/A FAMOUS GOLD TIM'S DELI AND GRILL) and EUN IM HUH (a/k/a SILVIA),, in the amount of $48,000.00. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; (c) Proof of Service of (1) said offering Defendants' Offer of Judgment and of (2) Plaintiff's acceptance of said Offer of Judgment; and (d) a Proposed Order entering judgment pursuant to said Offer and Acceptance.

      Dated: November 13, 2020.

                                                 /s/ Jordan Gottheim
                                                 Jordan Gottheim, Esq.
                                                 Michael Faillace & Associates PC
                                                 60 East 42nd Street, Ste. 4510
                                                 New York, New York 10165
                                                 Email: jgottheim@faillacelaw.com
                                                 *Counsel for Plaintiff*