**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

EDUARDO ONOFRE GARCIA,

        Plaintiff

v.

GOLD TIM CORP. (D/B/A FAMOUS GOLD TIM'S DELI AND GRILL) and EUN IM HUH (a/k/a SILVIA),

        Defendants.
-------------------------------------------------------X

Case No. 1:20-cv-2731

**ORDER**

    WHEREAS on or about October 28, 2020, Defendants GOLD TIM CORP. (D/B/A FAMOUS GOLD TIM'S DELI AND GRILL) and EUN IM HUH (a/k/a SILVIA), extended to Plaintiff EDUARDO ONOFRE GARCIA an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of forty-eight thousand dollars and zero cents ($48,000.00), and whereas said Plaintiff accepted said offer on or about November 2, 2020,

    JUDGMENT shall be entered in favor of said Plaintiff, Eduardo Onofre Garcia against said Defendants in the amount of forty-eight thousand dollars and zero cents ($48,000.00).

    The Clerk of the Court is directed to enter Judgment.


SO ORDERED.
Dated: Brooklyn, New York
November 17, 2020

                                              /S/ Raymond J. Dearie
                                          RAYMOND J. DEARIE, U.S.D.J.