UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDUARDO ONOFRE GARCIA,                                    JUDGMENT

                      Plaintiff,                 20-cv-2731(RJD)

     v.

GOLD TIM CORP. (D/B/A FAMOUS GOLD
TIM'S DELI AND GRILL) and EUN IM HUH
(a/k/a SILVIA),

                    Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on  November 13, 2020; and Defendants GOLD TIM CORP. (D/B/A FAMOUS GOLD TIM'S DELI AND GRILL) and EUN IM HUH (a/k/a SILVIA), having offered Plaintiff EDUARDO ONOFRE GARCIA an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of forty-eight thousand dollars and zero cents ($48,000.00); and an Order of the Honorable Raymond J. Dearie, United States District Judge, having been filed on November 17, 2020, directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of plaintiff EDUARDO ONOFRE GARCIA and against defendants GOLD TIM CORP. (D/B/A FAMOUS GOLD TIM'S DELI AND GRILL) and EUN IM HUH (a/k/a SILVIA) in the total sum of forty-eight thousand dollars and zero cents ($48,000.00).

Dated: Brooklyn, New York                      Douglas C. Palmer
       November 18, 2020                        Clerk of Court

                              By:    */s/Jalitza Poveda*
                                    Deputy Clerk